# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re:<br>CAROL J. DELGADO,<br>　　　　　　　　　　　Debtor. | Chapter 7<br>Case No. 20-08603<br>Hon. Deborah L. Thorne |
| GINA B. KROL, as chapter 7 Trustee for the estate of Carol J. Delgado,<br>　　　　　　　　　　　Plaintiff,<br>　　　　v.<br>CAROL J. DELGADO<br>　　　　　　　　　　　Defendant. | Adv. No. 22-00072 |

## CERTIFICATE OF SERVICE

I, Ronald R. Peterson, an attorney, hereby certify that on May 10, 2022, at my direction and under my supervision, employees of Jenner & Block LLP caused true and correct copies of the *Complaint for Denial of Discharge Under Section 727 of the Bankruptcy Code* (Adv. Dkt. 1) and the *Summons Issued on Carol J. Delgado* (Adv. Dkt. 2) to be served via first-class mail, postage pre-paid, to Defendant Carol J. Delgado at the following addresses:

　　Carol J. Delgado
　　427 W. Benton Ave.
　　Naperville, IL 60540

　　Carol J. Delgado
　　209 N. Ft. Lauderdale Beach Blvd. #2A
　　Fort Lauderdale, FL 33304

Dated: May 12, 2022              /s/ Ronald R. Peterson

                Ronald R. Peterson (2188473)
                William A. Williams (6321738)
                JENNER & BLOCK LLP
                353 N. Clark Street
                Chicago, Illinois 60654-3456
                (312) 923-2981

                *Special Counsel to Gina B. Krol, as chapter 7 trustee for the estate of Carol J. Delgado*